# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS ALLUMS, et al. | **SUMMONS IN A CIVIL CASE** |
| | CASE NUMBER: 3:07-cv-06088-CRB |
| V. | |
| PFIZER, INC., a foreign corporation | |

TO: (Name and address of defendant)

PFIZER, INC.
c/o CT Corporation System, Registered Agent
111 Eighth Avenue
New York, NY 10011

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Norwood S. Wilner, Esquire
Florida Bar No.: 222194
Stephanie J. Hartley, Esquire
Florida Bar No.: 0997846
Erin A. Juzapavicus, Esquire
Florida Bar No.: 031092
WILNER BLOCK, P.A.
3127 Atlantic Blvd., Suite 3
Jacksonville, Florida 32207

an answer to the complaint which is herewith served upon you, within  20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE 03/05/2008

*(signature)*
(BY) DEPUTY CLERK

**MARIA LOO**

AO 440 (Rev. 8/01) Summons in a Civil Action

| | |
|---|---|
| **RETURN OF SERVICE** | |
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify)*:

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
               Date                                              Signature of Server

                                                                 _____
                                                                 Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure