# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

MARCUS ALLUMS, et al.                                    SUMMONS IN A CIVIL CASE

                                                         CASE NUMBER: 3:07-cv-06088-CRB

V.

PFIZER, INC., a foreign corporation


TO: (Name and address of defendant)

PFIZER, INC.
c/o CT Corporation System, Registered Agent
111 Eighth Avenue
New York, NY 10011


**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Norwood S. Wilner, Esquire
Florida Bar No.: 222194
Stephanie J. Hartley, Esquire
Florida Bar No.: 0997846
Erin A. Juzapavicus, Esquire
Florida Bar No.: 031092
WILNER BLOCK, P.A.
3127 Atlantic Blvd., Suite 3
Jacksonville, Florida 32207

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.


Richard W. Wieking                                       DATE 03/05/2008
CLERK

(BY) DEPUTY CLERK
    MARIA LOO

AO 440 (Rev. 8/01) Summons in a Civil Action

Case Number: 3:07-cv-06088-CRB

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 03/20/2008 |
| Name of SERVER Darlene S. Greene | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served Personally upon the Defendant. Place where served:

Pfizer, Inc.
c/o CT Corporation System (Registered Agent)
111 Eighth Avenue, 13th Floor
New York, NY 10011

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 03/20/2008
Date

Signature of Server: Darlene S. Greene

Address of Server:
P.O. Box 1085
Bronx, New York 10471-0600

Darlene S. Greene- Process Server
N.Y.C. Dept. of Consumer Affairs
License No.: 1096288
Expires: 02-28-2010

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure