1  Norwood Sherman Wilner
   Stephanie J. Hartley
2  **Wilner Hartley & Metcalf, P.A.**
   f/k/a Wilner Block, P.A.
3  444 E. Duval Street, 2ⁿᵈ FL
   Jacksonville, FL 32202
4  PH: (904) 446-9817     FAX: (904) 446-9825

5  Attorneys for Plaintiffs

6

7                    UNITED STATES DISTRICT COURT

8                 NORTHERN DISTRICT OF CALIFORNIA

9                      SAN FRANCISCO DIVISION

10

11 | IN RE: BEXTRA AND CELEBREX | **Case No.: 3:07-cv-06088-CRB** |
   MARKETING SALES PRACTICES AND
12 | PRODUCT LIABILITY LITIGATION |

13                                            **MDL NO. 1699**
   Marcus Allums, et al.,                     **District Judge: Charles R. Breyer**
14
                        Plaintiffs,
15
   vs.                                        **STIPULATION AND ORDER OF**
16                                            **DISMISSAL WITH PREJUDICE**
   Pfizer Inc,
17
                        Defendant.
18

19

20       Come now the Plaintiffs and Defendant in the above-entitled action, by and through the

21 undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

22 stipulate to the dismissal of this action **with prejudice as to all parties**, with each side bearing

23 //

24 //

25 //

26 //

27 //

28 //

                **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

1   its own attorneys' fees and costs.

2

3   DATED: 12 10, 2010    By: _____

4                         **Wilner Hartley & Metcalf, P.A.**
                          f/k/a Wilner Block, P.A.
5                         444 E. Duval Street, 2nd FL
                          Jacksonville, FL 32202
6                         PH: (904) 446-9817 FAX: (904) 446-9825

7                         *Attorneys for Plaintiffs*

8   DATED: 2/2/2011, 2010   By: _____

9                         **DLA Piper US LLP**
                          1251 Avenue of the Americas
10                        New York, NY 10020
                          Telephone: 212.335.4625
11                        Facsimile: 212.884.8675

12

13                        *Attorneys for Defendants*

14

15  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
16  IT IS SO ORDERED.**

17

18  Dated: Feb. 8, 2011

19                        Hon. Charles R. Breyer
                          United States District Court
20

21

22

23

24

25

26

27

28

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**